Richard J. Pocker
Nevada Bar No. 3568
BOIES, SCHILLER & FLEXNER LLP
777 N. Rainbow Boulevard, Suite 350
Las Vegas, Nevada 89107
Phone: (702) 464-2800
Fax: (702) 464-2897
    -and-
Philip C. Korologos
Eric Brenner
BOIES, SCHILLER & FLEXNER LLP
570 Lexington Avenue
New York, New York 10022
Phone: (212) 446-2300
Fax: (212) 446-2350
    -and-
George F. Carpinello
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, New York 12207
Phone: (518) 434-0600
Fax: (518) 434-0665

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KERZNER INTERNATIONAL LIMITED, and KERZNER INTERNATIONAL RESORTS, INC., | Case No.: 2:06-cv-00102-KJD-RJJ |
| Plaintiffs, | |
| v. | |
| MONARCH CASINO & RESORT, INC., and GOLDEN ROAD MOTOR INN, INC. | |
| Defendants. | **DISCOVERY PLAN AND SCHEDULING ORDER (SPECIAL SCHEDULING REVIEW REQUESTED)** |
| MONARCH CASINO & RESORT, INC., and GOLDEN ROAD MOTOR INN, INC., | |
| Counterclaimants, | |

|  |  |
|---|---|
| v. | ) |
|  | ) |
|  | ) |
| KERZNER INTERNATIONAL LIMITED, | ) |
| and KERZNER INTERNATIONAL | ) |
| RESORTS, INC., | ) |
|  | ) |
|  | ) |
| Counterdefendants. | ) |
|  | ) |

## DISCOVERY PLAN AND SCHEDULING ORDER
### (SPECIAL SCHEDULING REVIEW REQUESTED)

1. Meeting: Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and Local Rule 26-1(d) of the Local Rules of Practice for the United States District Court for the District of Nevada, the parties' counsel discussed initial discovery disclosures, settlement and other Rule 26 matters on March 9, 2006.

2. Pre-Discovery Disclosures.  The Plaintiffs Kerzner International Limited and Kerzner International Resorts, Inc. (collectively "Kerzner") will provide to Defendants Monarch Casino & Resort, Inc. and Golden Road Motor Inn, Inc. (collectively "Monarch") (hereinafter "Monarch") disclosures required by Rule 26(a) of the Federal Rules of Civil Procedure by April 10, 2006.  Defendants Monarch served their "Initial Disclosures" on March 24, 2006.

3. Discovery Plan.  The parties jointly propose to the Court the following discovery plan:

The parties intend to conduct depositions of the principal witnesses involved in the events, discussions, agreements and correspondence underlying the claims, counterclaims, and defenses in the present case.  As some of these witnesses reside outside Nevada, the parties anticipate conducting depositions outside the District of

2

Nevada to preserve testimony. The witnesses will be examined by deposition between the date of this plan and the discovery deadline.

All of the discovery will be conducted in accordance with the Federal Rules of Civil Procedure.

    a. Subject of Discovery. Discovery will be needed on all facts relating to the allegations in the Amended Complaint and Counterclaim, the parties' claimed damages, and all applicable defenses. Expert testimony may be needed.

    b. Discovery Cut-off Date. The parties propose a discovery cut-off date of January 31, 2007. This period exceeds the 180 day presumptive outside limit provided for by Local Rule 26-1(e)(1). Due to the fact that many of the significant events at issue in this case relate to events that occurred ten or more years ago and the fact that depositions will likely be conducted in several states, the parties wish to insure that adequate time exists to complete discovery without having to ask for extensions of these deadlines.

    c. Expert Disclosures Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure. It is unclear what if any expert testimony will be necessary. If expert testimony is required, disclosure will be made 60 days before the discovery cut-off date and rebutal expert disclosures will be made 30 days after the initial disclosures of experts, which does not exceed the limit presumptively set by Local Rule 26-1e(3).

4. Other Items.

    a. Amending the Pleadings and Adding Parties. The parties shall have until November 1, 2006. to file any motions to amend the pleadings or to add parties. This is no later than 90 days before the discovery cut-off date and does not exceed the outside

limit presumptively set by Local Rule 26-1(e)(2) of ninety (90) days before the discovery cut-off date for filing such motions.

b. Interim Status Report. The parties shall file the interim status report required by Local Rule 26-3 by December 1, 2006. The undersigned counsel certify that they have read Local Rule 26-3 and that this date is no later than sixty (60) days before the discovery cut-off date.

c. Dispositive Motions. The parties shall have until March 2, 2007, to file dispositive motions. This is 30 days after the discovery cut-off date and within the outside limit of thirty (30) days following the discovery cut-off date that Local Rule 26-1(e)(4) presumptively sets for filing dispositive motions.

d. Settlement. Settlement is always theoretically possible, but its likelihood cannot be evaluated at this time. The parties previously discussed settlement and were unable to agree on a settlement.

e. Pretrial Order. The pretrial order shall be filed by March 30, 2007, which is not more than thirty (30) days after the date set for filing dispositive motions in the case. This deadline is suspended if a dispositive motion is timely filed. The disclosures required by Rule 26(a)(3) of the Federal Rules of Civil Procedure shall be made in the joint pretrial order.

f. Court Conference. The parties do not request a conference with the Court before entry of the scheduling order. A longer than usual discovery period has been requested, but the parties believe the amount of time requested is reasonable and would be prepared to justify their request at any hearing set by the Court.

 g. Later Appearing Parties.  A copy of this discovery plan and scheduling order shall be served upon any person served after it is entered or, if additional defendants should appear, within five (5) days of their first appearance.  This discovery plan and scheduling order shall apply to such later-appearing parties, unless the Court, on motion and for good cause shown, orders otherwise.

 h. Extensions or Modifications of the Discovery Plan and Scheduling Order.  Local Rule 26-4 governs modifications or extensions of this Discovery Plan and Scheduling Order.  Any Stipulation or Motion must be made not later than 20 days before the discovery cut-off date and comply fully with Local Rule 26-4.

APPROVED AS TO FORM AND CONTENT:

DATED this 30th day of March, 2006.

BOIES, SCHILLER & FLEXNER LLP

_____
Richard J. Pocker (Bar No. 3568)
777 N. Rainbow Blvd.
Suite 350
Las Vegas, Nevada 89107
Phone: (702) 464-2800
Fax: (702) 464-2897

-and-

Philip C. Korologos
Eric Brenner
BOIES, SCHILLER & FLEXNER LLP
570 Lexington Avenue
New York, New York 10022
Phone: (212) 446-2300
Fax: (212) 446-2350

George F. Carpinello
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, New York 12207
Phone: (518) 434-0600
Fax: (518) 434-0665

*Attorneys for Plaintiffs KerznerInternational Limited and Kerzner International Resorts, Inc.*

GREENBERG TRAURIG, LLP

_____
Mark G. Tratos (Bar No. 1086)
R. Richard Costell (Bar No. 1917)
Laraine M. I. Burrell (Bar No. 8771)
Andrew D. Sedlock (Bar No. 9183)
3773 Howard Hughes Parkway
Suite 500 North
Las Vegas, Nevada 89109
Phone: (702) 792-3773
Fax: (702) 792-9002

*Attorneys for Defendants*

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED:_____, 2006

6