UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KERZNER INTERNATIONAL LIMITED and KERZNER INTERNATIONAL RESORTS, INC.,<br><br>              Plaintiff,<br><br>vs.<br><br>MONARCH CASINO & RESORT, INC., and GOLDEN ROAD MOTOR INN, INC., *et al.*,<br><br>              Defendant. | 2:06-cv-00102-KJD-RJJ<br><br>**O R D E R** |

    This matter is before the undersigned Magistrate Judge on a proposed Discovery Plan and Scheduling Order (#19).

    The Court having reviewed the proposed Discovery Plan and Scheduling Order (#19) and good cause appearing therefore,

    IT IS HEREBY ORDERED that the proposed Discovery Plan and Scheduling Order (#19) is **GRANTED.**

    IT IS FURTHER ORDERED that the following Scheduling Order is entered in this case:

| | | |
|---|---|---|
| 1. | Discovery cut-off Date | Jan. 31, 2007 |
| 2. | Amend pleadings and/or add parties | Nov. 1, 2006 |
| 3. | Expert witness disclosures | Dec. 1, 2006 |
| 4. | Rebuttal expert witness disclosures | Jan. 1, 2007 |
| 5. | Interim Status Report (LR 26-3) | Dec. 1, 2006 |
| 5. | Dispositive motions | Mar. 2, 2007 |
| 6. | Joint Pretrial Order | Mar. 30, 2007, or 30 days from the date the court enters an order on dispositive motions. |

1    IT IS FURTHER ORDERED that the parties **shall file joint Discovery Status Reports**
2 on June 1, 2006; August 1, 2006; October 1, 2006; and December 1, 2006. These status reports
3 are in addition to the interim status report (pursuant to LR 26-3) to be filed by the parties on
4 December 1, 2006.

5    IT IS FURTHER ORDERED that the joint Discovery Status Reports shall contain the
6 following:

7    1.    Shall identify the discovery that has been completed;
8    2.    Shall identify the discovery that remains outstanding;
9    3.    Shall identify any pending discovery motions; and,
10   4.    Shall detail all attempts to settle the case.

11   DATED this __12th__ day of April, 2006.

ROBERT J. JOHNSTON
United States Magistrate Judge