Richard J. Pocker
Nevada Bar No. 3568
BOIES, SCHILLER & FLEXNER LLP
300 South Fourth Street, Suite 800
Las Vegas, Nevada 89101
Phone: (702) 382-7300
Fax: (702) 382-2755
    -and-
Philip C. Korologos
Eric Brenner
Jarrod F. Reich
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue, 7th Floor
New York, New York 10022
Phone: (212) 446-2300
Fax: (212) 446-2350

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KERZNER INTERNATIONAL LIMITED, )<br>and KERZNER INTERNATIONAL )<br>RESORTS, INC., )<br>    )<br>    Plaintiffs, )<br>    )<br>v. )<br>    )<br>    )<br>MONARCH CASINO & RESORT, INC., )<br>and GOLDEN ROAD MOTOR INN, INC. )<br>    )<br>    Defendants. )<br>_____) | Case No.: 3:06-cv-00232-ECR-RAM<br><br><br>**JOINT INTERIM STATUS REPORT<br>PURSUANT TO LOCAL RULE 26-3** |

Pursuant to Local Rule 26-3 of the Local Rules of Practice for the United States District

Court for the District of Nevada and this Court's order of November 20, 2008, Plaintiffs Kerzner

International Limited and Kerzner International Resorts, Inc. ("Kerzner"), and Defendants

Monarch Casino & Resort, Inc. and Golden Road Motor Inn, Inc. ("Monarch"), hereby submit

the following interim status report:

1. **Discovery Cutoff**

Fact discovery closed on January 15, 2008 with the exception of limited additional fact discovery permitted by the Court, which in turn closed on October 31, 2008. Pursuant to the Court's Order of November 20, 2008, expert discovery is scheduled to be completed by March 13, 2009.

2. **Estimated Trial Days**

The parties anticipate that the trial of this matter will consume approximately fifteen (15) trial days.

3. **Three Alternative Trial Dates**

In the event that dispositive motions are not filed, the parties propose the following three (3) alternative trial dates: (i) August 31 through September 18, 2009; (ii) September 21 through October 16, 2009; or (iii) October 5 through October 23, 2009. In the event one or more dispositive motions are filed, the parties may propose alternative trial dates.

[Remainder of page intentionally left blank.]

2

## 4. Effect of Substantive Motions on Trial Length

It is unclear at the present time as to what effect the filing of substantive motions may have on the length of trial. Given the nature of the evidence in the present case, the defenses raised and the fact that discovery is ongoing, the parties cannot yet predict how much their contemplated summary judgment motions will shorten the need for trial.

Dated this the 16th day of January, 2009.

BOIES, SCHILLER & FLEXNER LLP

By: _____
Richard J. Pocker
Nevada Bar No. 3568
300 South Fourth Street, Suite 800
Las Vegas, Nevada 89101
Phone: (702) 382-7300
Fax: (702) 382-2755

Philip C. Korologos
Eric Brenner
Jarrod F. Reich
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue, 7th Floor
New York, New York 10022
Phone: (212) 446-2300
Fax: (212) 446-2350

*Attorneys for Plaintiffs*

GREENBERG TRAURIG LLP

By: _____
Mark G. Tratos
Nevada Bar No. 1086
Laraine M.I. Burrell
Nevada Bar No. 8771
3773 Howard Hughes Pkwy.
Suite 500 North
Las Vegas, Nevada 89109
Phone: (702) 792-3773
Fax: (702) 792-9002

*Attorneys for Defendants*

3