```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
                           RENO, NEVADA
```

KERZNER INTERNATIONAL LIMITED, and )   3:06-CV-232-ECR-RAM
KERZNER INTERNATIONAL RESORTS,     )
INC.,                              )
                                   )
          Plaintiffs,              )   **MINUTES OF THE COURT**
                                   )
vs.                                )   DATE: October 20, 2009
                                   )
MONARCH CASINO & RESORT, INC., and )
GOLDEN ROAD MOTOR INN, INC.,       )
                                   )
          Defendants.              )
_____)
MONARCH CASINO & RESORT, INC., and )
GOLDEN ROAD MOTOR INN, INC.,       )
                                   )
          Counterclaimants,        )
                                   )
vs.                                )
                                   )
KERZNER INTERNATIONAL LIMITED, and )
KERZNER INTERNATIONAL RESORTS,     )
INC.,                              )
                                   )
          Counterdefendants.       )
                                   )
_____)

PRESENT:     EDWARD C. REED, JR.                     U. S. DISTRICT JUDGE

Deputy Clerk:    COLLEEN LARSEN        Reporter:    NONE APPEARING

Counsel for Plaintiff(s)              NONE APPEARING

Counsel for Defendant(s)              NONE APPEARING

<u>MINUTE ORDER IN CHAMBERS</u>

     Three of the eleven pending motions for partial summary judgment filed by Defendants relate to claims for relief that Plaintiffs no longer press. (## 287, 288, 298.) Plaintiffs concede, therefore, that those three motions should be granted. (<u>See</u> Opp. at 81 (#346).)

**IT IS, THEREFORE, HEREBY ORDERED** that "Defendants/Counterclaimants' Motion for Summary Judgment Dismissing Kerzner's Fifth Claim for Relief – Trademark Dilution Pursuant to NRS § 600.435" (#287) is **GRANTED** as unopposed.

**IT IS FURTHER ORDERED** that "Defendants/Counterclaimants' Motion for Summary Judgment on Plaintiffs/Counterdefendants' Third Claim for Relief; Trademark Dilution Pursuant to 15 U.S.C. § 1125(c)" (#288) is **GRANTED** as unopposed.

**IT IS FURTHER ORDERED** that "Defendant/Counterclaimants' Motion for Summary Judgment on Plaintiffs/Counterdefendants' Sixth Claim for Relief for Deceptive Trade Practices Pursuant to Nevada Law" (#298) is **GRANTED** as unopposed.

LANCE S. WILSON, CLERK

By      /s/
        Deputy Clerk