```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
                           RENO, NEVADA
```

| | | |
|---|---|---|
| KERZNER INTERNATIONAL LIMITED, ) | | 3:06-CV-00232-ECR-RAM |
| and KERZNER INTERNATIONAL RESORTS, ) | | |
| INC., ) | | MINUTES OF THE COURT |
| ) | | |
|     Plaintiffs, ) | | DATE: September 8, 2010 |
| ) | | |
| vs. ) | | |
| ) | | |
| MONARCH CASINO & RESORT, INC., ) | | |
| and GOLDEN ROAD MOTOR INN, INC., ) | | |
| ) | | |
|     Defendants. ) | | |
| _____) | | |
| ) | | |
| MONARCH CASINO & RESORT, INC., ) | | |
| and GOLDEN ROAD MOTOR INN, INC., ) | | |
| ) | | |
|     Counterclaimants, ) | | |
| ) | | |
| vs. ) | | |
| ) | | |
| KERZNER INTERNATIONAL LIMITED, ) | | |
| and KERZNER INTERNATIONAL RESORTS, ) | | |
| INC., ) | | |
| ) | | |
|     Counterdefendants. ) | | |
| _____) | | |

PRESENT:     EDWARD C. REED, JR.                    U. S. DISTRICT JUDGE

Deputy Clerk:     COLLEEN LARSEN          Reporter:     NONE APPEARING

Counsel for Plaintiff(s)                  NONE APPEARING

Counsel for Defendant(s)                  NONE APPEARING

<u>MINUTE ORDER IN CHAMBERS</u>

    The parties' Joint Request for Clarification (#457), filed on September 2, 2010, is **<u>GRANTED</u>**.

    The joint pretrial order, which is required to be filed on September 13, 2010, should address only the first trial phase with regard to the

issue of fame.  The failure at this time to address issues, which may be considered in the second trial phase, will not waive any such issues for the second trial  phase.

```
                                        LANCE S. WILSON, CLERK
                                        By _____/s/_____
                                              Deputy Clerk
```