AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____*****_____ DISTRICT OF __NEVADA__

KERZNER INTERNATIONAL LIMITED
and KERZNER INTERNATIONAL RESORTS
INC.,

       Plaintiffs,

vs.

MONARCH CASINO & RESORT, INC., and
GOLDEN ROAD MOTOR INN, INC.,

       Defendants.

---

MONARCH CASINO & RESORT, INC., and
GOLDEN ROAD MOTOR INN, INC.,

       Counterclaimants,

vs.

KERZNER INTERNATIONAL LIMITED,
and KERZNER INTERNATIONAL RESORTS,
INC.,

       Counterdefendants.

---

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:06-CV-00232-ECR-RAM**

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** as follows:

1. In favor of Defendants with respect to all of Plaintiff's claims;

2. In favor of Plaintiffs/Counterdefendants with respect to the First, Second, Third Counterclaims;

3. In favor of Defendants/Counterclaimants with respect to the Fourth, Fifth, Sixth, Seventh, and Eighth Countercliams.

4. With respect to the attorney's fees, each side shall bear its own attorney's fees. We do not find that this is an exceptional case warranting attorney's fees under 28 U.S.C. § 1117, and decline to exercise any other authority to award attorney's fees.

5. With respect to the award of costs, the Court finds that Defendants/Counterclaimants are the prevailing parties. Defendants/Counterclaimants shall file a bill of costs within ten (10) days after the date of entry of this order. Plaintiffs/Counterdefendants may file any objections within ten (10) days after being served with the bill of costs.

 February 10, 2011                                  **LANCE S. WILSON**
                                                                             Clerk

                                                                            /s/ Katie Lynn Ogden
                                                                             Deputy Clerk