UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| KERZNER INTERNATIONAL LIMITED, and KERNZER INTERNATIONAL RESORTS, INC. | ) ) ) ) | |
| Plaintiffs-Counter-Defendants-Appellants, | ) ) ) | 3:06-cv-232-ECR-RAM |
| vs. | ) ) | C/A #: 11-15675 |
| MONARCH CASINO & RESORT, INC. and GOLDEN ROAD MOTOR INN, INC., | ) ) ) ) | ORDER ON MANDATE |
| Defendants - Counter - Claimants - Appellees. | ) ) ) | |
| KERZNER INTERNATIONAL LIMITED and KERZNER INTERNATIONAL RESORTS, INC., | ) ) ) | 3:06-cv-232-ECR-RAM |
| vs. | ) ) | C/A # 11-15999 |
| MONARCH CASINO & RESORT, INC. and GOLDEN ROAD MOTOR INN, INC., | ) ) ) ) | |
| Defendants -Counter-Claimants - Appellants. | ) ) ) | |

The above-entitled cause having been before the United States Court of Appeals for the Ninth

Circuit, and the Court of Appeals having on February 14, 2013  issued its mandate, dismissing the appeals, and the Court being fully advised in the premises, NOW, THEREFORE, IT IS ORDERED that the mandate be spread upon the records of this Court.

DATED this 20th day of February, 2013.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE